## Mechanics National Bank of Trenton *v.* Buckman. Watson's Appeal.

*Practice, Supreme Court—Appeals—Parties—Quashing appeals.*
An appeal from a judgment entered in proceedings to which the appellant was not a party will be quashed.

Argued Jan. 18, 1916.    Appeal, No. 260, Jan. T., 1915, by Elwood W. Watson, from judgment of C. P. No. 3, Philadelphia Co., Sept. T., 1909, No. 10, for plaintiff, in case of Mechanics' National Bank of Trenton v. W. A. Buckman and George Buckman.    Before BROWN, C. J., MESTREZAT, POTTER, MOSCHZISKER and FRAZER, JJ.    Appeal quashed.

Foreign attachment in assumpsit.
The opinion of the Supreme Court states the case.
The court entered judgment for the plaintiff and against the garnishee for $1,571.36.    Elwood W. Watson appealed.

*Error assigned* was the judgment of the court.

*E. W. Kirby,* of *Morris & Kirby,* for appellant.

*Thomas Ross,* with him *George Ross,* for appellee.

PER CURIAM, April 17, 1916:
Elwood W. Watson, who appears in this court as an appellant was no party to the proceeding in the court below, in which the judgment of which he complains was entered against a garnishee summoned by the Mechanics' National Bank of Trenton, and the motion to quash the appeal must, therefore, prevail.
Appeal quashed.